## United States Bankruptcy Court
## Northern District of Illinois, Western Division

IN RE:                                                          Case No. _____

**Beese, Mark Edward & Beese, Lisa Marie**                      Chapter **7** _____
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____      Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer      petition preparer is not an individual, state
Address:                                                the Social Security number of the officer,
_____      principal, responsible person, or partner of
                                                        the bankruptcy petition preparer.)
_____      (Required by 11 U.S.C. § 110.)
**X**_____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Beese, Mark Edward & Beese, Lisa Marie**          **X** */s/ Mark Edward Beese*                **8/05/2015**
Printed Name(s) of Debtor(s)                        Signature of Debtor                          Date

Case No. (if known) _____         **X** */s/ Lisa Marie Beese*                 **8/05/2015**
                                                    Signature of Joint Debtor (if any)           Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)

## United States Bankruptcy Court
## Northern District of Illinois, Western Division

| | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Beese, Mark Edward** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Beese, Lisa Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba  King Cut Concrete Cutters, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **1347** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **1524** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1804 Hillside Lane**<br>**McHenry, IL**<br>ZIPCODE **60051** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1804 Hillside Lane**<br>**McHenry, IL**<br>ZIPCODE **60051** |
| County of Residence or of the Principal Place of Business:<br>**MCHENRY** | County of Residence or of the Principal Place of Business:<br>**MCHENRY** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
ZIPCODE

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                            Nonmain Proceeding |

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ☑ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Beese, Mark Edward & Beese, Lisa Marie** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**King Cut Concrete Cutters, Inc.** | Case Number:<br>**15-80868** | Date Filed:<br>**3/31/2015** |
| District:<br>**Northern District - Western Division** | Relationship:<br>**Business** | Judge:<br>**Judge Thomas M. Lynch** |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>      Signature of Attorney for Debtor(s)            Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

   ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1)  (04/13)                                                                                             Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Beese, Mark Edward & Beese, Lisa Marie** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark Edward Beese**
Signature of Debtor                          **Mark Edward Beese**

X **/s/ Lisa Marie Beese**
Signature of Joint Debtor                    **Lisa Marie Beese**

Telephone Number (If not represented by attorney)

**August  5, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney\***

X **/s/ Joseph D. Olsen**
Signature of Attorney for Debtor(s)

**Joseph D. Olsen 28439**
**Yalden, Olsen & Willette**
**1318 E. State St.**
**Rockford, IL  61104-2228**

**JOlsenlaw@comcast.net**

**August  5, 2015**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois, Western Division

IN RE:                                                                    Case No. _____

**Beese, Mark Edward**                                          Chapter **7** _____
_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **/s/ Mark Edward Beese** _____

Date: **August  5, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1D (Official Form 1, Exhibit D) (12/09)**

## United States Bankruptcy Court
### Northern District of Illinois, Western Division

IN RE:                                                                    Case No. _____

**Beese, Lisa Marie** _____    Chapter **7** _____
                              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Lisa Marie Beese** _____

Date: **August  5, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Northern District of Illinois, Western Division**

IN RE:                                                                Case No. _____

Beese, Mark Edward & Beese, Lisa Marie                               Chapter **7** _____
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 510,000.00 | | |
| B - Personal Property | Yes | 3 | $ 86,133.25 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 865,538.50 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 1,137,559.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | $ 1,648,020.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 6,578.48 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 11,847.83 |
| TOTAL | | 35 | $ 596,133.25 | $ 3,651,117.99 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
## Northern District of Illinois, Western Division

IN RE:                                                              Case No. _____

Beese, Mark Edward & Beese, Lisa Marie                            Chapter **7** _____
_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

IN RE **Beese, Mark Edward & Beese, Lisa Marie**      Case No. _____
Debtor(s)                                         (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1603 W. Reiche Lane, McHenry, IL (rental property - currently vacant)** | **Fee Simple** | **J** | **230,000.00** | **230,000.00** |
| **1804 Hillside Lane - McHenry, IL (residence)** | **Fee Simple** | **J** | **280,000.00** | **577,060.00** |
| | | **TOTAL** | **510,000.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Beese, Mark Edward & Beese, Lisa Marie**          Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | J | **100.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking (ECI 3813)** | J | **0.00** |
| | | **Checking - Chase (ECI 7725)** | J | **0.00** |
| | | **Checking - Chase Bank - #9075** | J | **200.00** |
| | | **Checking - Home State Bank #5406** | J | **30.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **HHGS/furnishing - normal complement** | J | **2,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures, etc. - normal complement** | J | **250.00** |
| 6.  Wearing apparel. | | **Wearing apparel - normal complement** | J | **750.00** |
| 7.  Furs and jewelry. | | **Jewelry. (appraised value per insurance policy at $18,000, liquidation value beelieved substantially less @ $8,000.00). Inventory provided to trustee with BAPCPA materials)** | J | **8,000.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **357 Magnum** | J | **200.00** |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Plumbers & Pipefitter** | H | **unknown** |
| | | **Plumbers Local #150 (Retirement Svgs)** | H | **56,503.25** |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Beast Enterprises, Inc. (snow plow business) - Not in good standing** | J | **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie**                                      Case No. _____
        Debtor(s)                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **Beast Enterprises, Inc. - (snow plow business)** | J | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Polaris Snowmobile** | J | 800.00 |
| | | **2000 Polaris snowmobile (broken)** | J | 0.00 |
| | | **2001 Conversion Van** | J | 1,700.00 |
| | | **2008 Jeep Commander** | J | 7,800.00 |
| | | **208 Harley Davidson Ultra** | H | 7,000.00 |
| | | **Snowmobile trailer** | J | 300.00 |
| 26. Boats, motors, and accessories. | | **1994 Four Winns 190 Horizon boat w/trailer** | J | 500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie**                                        Case No. _____
                    Debtor(s)                                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | | **2 cats** | **J** | **0.00** |
| 32.  Crops - growing or harvested. Give particulars. | | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **86,133.25** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/13)**

IN RE **Beese, Mark Edward & Beese, Lisa Marie** _____ Case No. _____
                               Debtor(s)                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **1804 Hillside Lane - McHenry, IL (residence)** | **735 ILCS 5/12-901** | **30,000.00** | **280,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Checking - Chase Bank - #9075** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Checking - Home State Bank #5406** | **735 ILCS 5/12-1001(b)** | **30.00** | **30.00** |
| **HHGS/furnishing - normal complement** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Books, pictures, etc. - normal complement** | **735 ILCS 5/12-1001(d)** | **250.00** | **250.00** |
| **Wearing apparel - normal complement** | **20 ILCS 1805/10** | **750.00** | **750.00** |
| **Jewlery. (appraised value per insurance policy at $18,000, liquidation value beelieved substantially less @ $8,000.00). Inventory provided to trustee with BAPCPA materials)** | **735 ILCS 5/12-1001(b)** | **670.00** | **8,000.00** |
| **357 Magnum** | **20 ILCS 1805/10** | **200.00** | **200.00** |
| **Plumbers Local #150 (Retirement Svgs)** | **40 ILCS 5/8-244, 5/9-228, 5/14-147** | **56,503.25** | **56,503.25** |
| **2008 Jeep Commander** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **7,800.00** |
| **208 Harley Davidson Ultra** | **735 ILCS 5/12-1001(b)** | **5,000.00** | **7,000.00** |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

**IN RE** Beese, Mark Edward & Beese, Lisa Marie                                    Case No. _____

Debtor(s)                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4318**<br>**Chase**<br>**PO Box 9001020**<br>**Louisville, KY  40290-1020** | | J | **6/2004 - second mortgage on 1603 W. Reiche Lane**<br><br>VALUE $ **230,000.00** | | | | 28,478.50 | |
| ACCOUNT NO.<br>**First Midwest Bank**<br>**300 Park Blvd, Suite #400**<br>**Itasca, IL  60143** | | J | **1804 Hillside Lane**<br><br>VALUE $ **280,000.00** | | | | 200,000.00 | 200,000.00 |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Centralized Insolvency**<br>**PO Box 804527**<br>**Cincinnati, OH  45280-4527** | | J | **FTL recoreed 3/25/15**<br><br>VALUE $ | | | | 30,000.00 | 30,000.00 |
| ACCOUNT NO. **7261**<br>**Mortgage Service Center**<br>**PO Box 5452**<br>**Mt. Laurel, NJ  08054-5452** | | J | **5/2004 - first mortgage - West Reiche Lane property**<br><br>VALUE $ **230,000.00** | | | | 230,000.00 | 28,478.50 |

<u>    1    </u> continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ **488,478.50** | $ **258,478.50** |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ | $ |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie**　　Case No. _____
_____
Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service Centralized Insolvency PO Box 804527 Cincinnati, OH 45280-4527** | | | **Assignee or other notification for: Mortgage Service Center**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**PHH Mortgage Corp C/O Codilis & Associates, P.C. 15W030 N. Frontage Road #100 Burr Ridge, IL 60527** | | J | <br><br>VALUE $ | | | | **0.00** | |
| ACCOUNT NO. **9282**<br>**Seterus PO Box 2008 Grand Rapids, MI 49501-2008** | | J | **8/2007 - residence:  Hillside property**<br><br>VALUE $ **280,000.00** | | | | **377,060.00** | **97,060.00** |
| ACCOUNT NO.<br>**Internal Revenue Service Centralized Insolvency PO Box 804527 Cincinnati, OH 45280-4527** | | | **Assignee or other notification for: Seterus**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **377,060.00** $ **97,060.00**

Total
(Use only on last page) $ **865,538.50** $ **355,538.50**

(Report also on Summary of Schedules.)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE Beese, Mark Edward & Beese, Lisa Marie _____ Case No. _____
_____ Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE __Beese, Mark Edward & Beese, Lisa Marie__                                    Case No. _____
                                    Debtor(s)                                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____ **Contributions to employee benefit plans** _____
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Illinois Department Of Revenue**<br>**101 West Jefferson Street**<br>**Springfield, IL  62702** | | J | **Penalty ID #200399 (personal liability re: King Cut)** | X | X | X | 9,575.00 | 9,575.00 | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**Centralized Insolvency**<br>**PO Box 804527**<br>**Cincinnati, OH  45280-4527** | | J | **3/15 - taxes for S corporation** | X | X | X | 130,000.00 | 130,000.00 | |
| ACCOUNT NO. **1948**<br>**Laborers Pension & Welfare**<br>**C/O Office Of Fund Counsel**<br>**111 West Jackson Blvd., #1415**<br>**Chicago, IL  60604** | | W | **3/4/15** | X | X | X | 350,000.00 | 350,000.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **489,575.00** | $ **489,575.00** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beese, Mark Edward & Beese, Lisa Marie**                                              Case No. _____
_____                                                        _____
                    Debtor(s)                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Indiana Department Of Revenue** <br> **100 North Senate Avenue** <br> **Indianapolis, IN  46204** | | J | | X | X | X | **unknown** | | |
| ACCOUNT NO. 0868 <br> **Internal Revenue Service** <br> **Centralized Insolvency** <br> **PO Box 804527** <br> **Cincinnati, OH  45280-4527** | | J | **Derived liability on King Cut Concrete as responsible officer.** | X | X | X | **520,000.00** | **520,000.00** | |
| ACCOUNT NO. ypen <br> **Internal Revenue Service** <br> **Appeals Office** <br> **200 West Adams Street, #600** <br> **Chicago, IL  60606** | | J | | X | X | X | **unknown** | | |
| ACCOUNT NO. 4536 <br> **Secretary Of State** <br> **State Of Illinois** <br> **Springfield, IL  62756** | | W | **Tax lien 940 & 941 taxes re: King Cut Concrete** | X | X | X | **70,928.06** | **70,928.06** | |
| ACCOUNT NO. 9621 <br> **Secretary Of State** <br> **State Of Illinois** <br> **Springfield, IL  62756** | | W | **941 taxes for 9/30/13 & 3/31/14 - re: King Cut Concrete** | X | X | X | **57,056.34** | **57,056.34** | |
| ACCOUNT NO. <br> **Wisconsin Department Of Revenue** <br> **2135 Rimrock Road** <br> **Madison, WI  53713** | | J | | X | X | X | **unknown** | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **647,984.40** | $ **647,984.40** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **1,137,559.40** | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **1,137,559.40** | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Beese, Mark Edward & Beese, Lisa Marie**
_____
Debtor(s)    (If known)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1085** <br><br>**1st Rental & Sales, Inc.** <br>**7190 Mid Mall Drive** <br>**Rockford, IL  61112** | | J | **corporate debt.** | X | X | X | 349.47 |
| ACCOUNT NO. <br><br>**Ace Towing ^ Recovery** <br>**5407 Fieldstone Way** <br>**Johnsburg, IL  60051** | | J | **business debt** | X | X | X | 855.00 |
| ACCOUNT NO. **4677** <br><br>**AIG** <br>**121 Spear Street, 6th Floor** <br>**San Francisco, CA  94105** | | J | **business debt** | X | X | X | 3,115.74 |
| ACCOUNT NO. **8661** <br><br>**American Demolition** <br>**305 Ramona Avenue** <br>**Elgin, IL  60120-8029** | | J | **business debt** | X | X | X | 660.00 |

**17** continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $ **4,980.21** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie** _____  Case No. _____
                         Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2834**<br>**Ameritemp. Ltd**<br>**3314 N. Richmond Rd., #100**<br>**Johnsburg, IL  60051** | | J | business debt | X | X | X | **669.00** |
| ACCOUNT NO. **0450**<br>**Aossciated Industrial Distributorss**<br>**1145 South Route 31, Unit "I" 250**<br>**Crystal Lake, IL  60014** | | J | business debt | X | X | X | **85.86** |
| ACCOUNT NO. **0618**<br>**Atlas Bobcat, LLC**<br>**27282 Network Place**<br>**Chicago, IL  60673-1272** | | J | business debt | X | X | X | **420.09** |
| ACCOUNT NO.<br>**Berggren Door**<br>**2411 Hiller Ridge Rd., Suite G**<br>**McHenry, IL  60051** | | J | business debt | X | X | X | **201.65** |
| ACCOUNT NO.<br>**BHFX Digital Imaging**<br>**80 West Seegers Rd.**<br>**Arlington Heights, IL  60005** | | J | business debt | X | X | X | **38.25** |
| ACCOUNT NO.<br>**Billy L Diltz**<br>**611 Country Dlub Drive**<br>**McHenry, IL  60050** | | J | business debt | X | X | X | **47.50** |
| ACCOUNT NO. **0550**<br>**Blue Book**<br>**PO Box 500**<br>**Jefferson Valley, NY  10535** | | J | business debt | X | X | X | **5,885.25** |

Sheet no. __**1**__ of __**17**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **7,347.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie**
_____ Case No. _____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **B304** <br> **BP Business Solutions** <br> **PO Box 923928** <br> **Norcross, GA 30010** | | J | business debt | X | X | X | 12,068.72 |
| ACCOUNT NO. <br> **C&S Fabrication Services** <br> **3408 Fawn Lane** <br> **Wonder Lake, IL 60097** | | J | business debt | X | X | X | 1,110.75 |
| ACCOUNT NO. **7409** <br> **Cement Masons' Union Local 502** <br> **PO Box 71650** <br> **Chicago, IL 60694-1650** | | J | business debt | X | X | X | 0.00 |
| ACCOUNT NO. **0678** <br> **Centegra Physicians Care** <br> **PO Box 187** <br> **Bedford Park, IL 60499** | | J | medical | X | X | X | 216.00 |
| ACCOUNT NO. <br> **Central Point Solutions** <br> **13134 S. 5800 W** <br> **Herriman, UT 84096** | | J | business debt | X | X | X | 600.00 |
| ACCOUNT NO. <br> **Central Rubber Co.** <br> **844 East Jackson Street** <br> **Belvidere, IL 61008** | | J | business debt | X | X | X | 690.00 |
| ACCOUNT NO. **8470** <br> **Chuhak & Tecson, PC** <br> **30 S. Wacker Drive - 26th Floor** <br> **Chicago, IL 60606-7413** | | J | business debt | X | X | X | 6,813.85 |

Sheet no. **2** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 21,499.32

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie**     Case No. _____

Debtor(s)            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3790** <br> **City Of Chicago** <br> **Department Of Finance** <br> **PO Box 88292** <br> **Chicago, IL 60680-1292** | | J | business debt. | X | X | X | 200.00 |
| ACCOUNT NO. **0383** <br> **Comcast** <br> **PO Box 3001** <br> **Southeastern, PA 19398** | | J | business debt. | X | X | X | 411.01 |
| ACCOUNT NO. **2054** <br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197-6111** | | J | business debt | X | X | X | 1,600.87 |
| ACCOUNT NO. **0926** <br> **Concrete Data Co.** <br> **PO Box 981097** <br> **Boston, MA 02298-1097** | | J | business debt | X | X | X | 1,411.00 |
| ACCOUNT NO. <br> **Concrete Solutions & Supply** <br> **27615 Wilmot Road - Highway C** <br> **Trevor, WI 53179** | | J | business debt | X | X | X | 2,240.42 |
| ACCOUNT NO. <br> **Corley, Rex & Sheri** <br> **1723 Redwood Lane** <br> **McHenry, IL 60051** | | J | business debt | X | X | X | 75,608.39 |
| ACCOUNT NO. <br> **Costabile & Steffens, PC** <br> **1805 Hicks Road** <br> **Rolling Meadows, IL 60008** | | J | business debt | X | X | X | 7,915.00 |

Sheet no. __**3**__ of __**17**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       
(Total of this page)    $   **89,386.69**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie**                    Case No. _____
_____
            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4428** <br> **Creditors Resource Service** <br> **1807 W. Diehl Road** <br> **Naperville, IL  60566-7107** | | J | Re: First Security Credit Union | | | | 3,295.09 |
| ACCOUNT NO. **8367** <br> **Crusader Manufacturing, Inc.** <br> **517 First Street** <br> **Farmington, MN  55024** | | J | business debt | X | X | X | 7,915.00 |
| ACCOUNT NO. <br> **CTL Group** <br> **5400 Old Orchard Road** <br> **Skokie, IL  60077** | | J | business debt | X | X | X | 18,894.88 |
| ACCOUNT NO. <br> **Curb Cutters, Inc.** <br> **463 DuPahze Street** <br> **Naperville, IL  60565** | | J | business debt | X | X | X | 1,106.00 |
| ACCOUNT NO. **1000** <br> **DeWitt Ross & Stevens, S.C.** <br> **Two East Mifflin St., #600** <br> **Madison, WI  53703-2865** | | J | business debt | X | X | X | 475.00 |
| ACCOUNT NO. **0278** <br> **Diamond Blade Solutions** <br> **5255 N. Federasl Highway, 3rd Floor** <br> **Boca Raton, FL  33487** | | J | business debt | X | X | X | 0.00 |
| ACCOUNT NO. **0278** <br> **Diamond Blade Solutions** <br> **S84W18756 Enterprise Drive** <br> **Muskego, WI  53150** | | J | business debt | X | X | X | 70,594.42 |

Sheet no. ____**4**____ of ____**17**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **102,280.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie** _____ Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Diamond Chain International<br>PO Box 5699<br>Vernon Hills, IL  60061** | | J | business debt | X | X | X | 561.75 |
| ACCOUNT NO.<br>**Diamond Discs International<br>8530 W. National Avenue<br>West Allis, WI  53227** | | J | business debt | X | X | X | 41,628.37 |
| ACCOUNT NO. **0011**<br>**Diamond Products, Ltd<br>PO Box 7445<br>`<br>Cleveland, OH  41194-4454** | | J | business debt | X | X | X | 1,290.36 |
| ACCOUNT NO. **A303**<br>**Diamond Tools Technology<br>C?O Bleecker, Brodey & Andrews<br>9247 N. Meridian St., #101<br>Indianapolis, IN  46260** | | J | business debt | X | X | X | 0.00 |
| ACCOUNT NO. **7819**<br>**Discover<br>PO Box 6103<br>Carol Stream, IL  60197** | | J | various - credit card | | | | 952.00 |
| ACCOUNT NO. **1029**<br>**Diteq Corporation<br>9876 Pflumm Road<br>Lenexa, KS  66215** | | J | business debt | X | X | X | 2,967.14 |
| ACCOUNT NO. **3853**<br>**Double S Janitorial Service<br>PO Box 444<br>McHenry, IL  60051-9007** | | J | business debt | X | X | X | 213.00 |

Sheet no. **5** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **47,612.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Beese, Mark Edward & Beese, Lisa Marie _____ Case No. _____

Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Emil Marunde**<br>**W9188 Sawmill Road**<br>**Blanchardville, WI 53516** | | J | business debt | X | X | X | **17,500.00** |
| ACCOUNT NO. **2430**<br>**Expert Equipment Co.**<br>**7204 Wynnpark Drive**<br>**Houston, TX 77008** | | J | business debt | X | X | X | **1,625.90** |
| ACCOUNT NO. **2097**<br>**Fastenal Co.**<br>**PO Box 1286**<br>**Winona, MN 55987-1286** | | J | business debt | X | X | X | **14,816.64** |
| ACCOUNT NO. **9923**<br>**First Insurance Funding**<br>**PO Box 66468**<br>**Chicago, IL 60666-0468** | | J | business debt | X | X | X | **14,316.03** |
| ACCOUNT NO. **4428**<br>**First Security Cu**<br>**C/O Creditors Resource Service**<br>**1807 West Diehl Road**<br>**Naperville, IL 60566-7107** | | J | re: First Security Cu | | | | **3,260.00** |
| ACCOUNT NO. **5010**<br>**Frontier Communications**<br>**1398 S. Woodland Blvd, Suite B**<br>**Deland, FL 32720** | | J | business debt | X | X | X | **83.74** |
| ACCOUNT NO.<br>**Fuchs & Roselli, Ltd**<br>**440 W. Randolph, #500**<br>**Chicago, IL 60606** | | J | business debt | X | X | X | **5,791.00** |

Sheet no. **6** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **57,393.31**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie** Case No. _____
_____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Gonzalez Lanscaping Maintenance** <br> **3213 Bull Valley Road** <br> **McHenry, IL 60050** | | J | services | | | | **500.00** |
| ACCOUNT NO. **338** <br> **Gordon Flesch Co.** <br> **401 N. Kirk Road** <br> **Geneva, IL 60134** | | J | business debt | X | X | X | **0.00** |
| ACCOUNT NO. **5922** <br> **Graefe & Hansen, Ltd** <br> **55 W. Monroe St., #3550** <br> **Chicago, IL 60603** | | J | business debt | X | X | X | **14,518.50** |
| ACCOUNT NO. **9649** <br> **Grainger** <br> **Dept. 864789649** <br> **Palatine, IL 60038-0001** | | J | business debt | X | X | X | **63.70** |
| ACCOUNT NO. <br> **Great Lakes Fire & Safety Equipment Co.** <br> **3331 W. Elm Street** <br> **McHenry, IL 60051** | | J | business debt | X | X | X | **67.00** |
| ACCOUNT NO. **8185** <br> **Harris & Harris** <br> **111 West Jackson Blvd., #400** <br> **Chicago, IL 60604** | | J | Healthcare | | | | **250.56** |
| ACCOUNT NO. **8662** <br> **Hinckley Springs** <br> **PO Box 660579** <br> **Dallas, TX 75266-0579** | | J | business debt | X | X | X | **145.32** |

Sheet no. **7** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,545.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie**                                    Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1014**<br>**Husqvama<br>C/O C2C Reso Collection Agency<br>56 Perimeter Center East, #100<br>Atlanta, GA  30346** | | J | business debt | X | X | X | 0.00 |
| ACCOUNT NO. **1014**<br>**Husqvama Construction Products<br>17400 West 119th Street<br>Olathe, KS  66061** | | J | business debt | X | X | X | 23,812.89 |
| ACCOUNT NO. **0832**<br>**Ink From Chase<br>PO Box 15123<br>Wilmington, DE  19850-5123** | X | J | business | | | | 4,400.00 |
| ACCOUNT NO. **2248**<br>**Jennifer Gibson<br>Zukowski, Flood, Rogers & McArdle<br>50 Virginia Street<br>Crystal Lake, IL  60014** | | H | King Cut Concrete v. Greco #2014 CH 2248 (disputed) | | | | 210,240.00 |
| ACCOUNT NO.<br>**John Duff<br>3400n North Richmond Road<br>Johnsburg, IL  60051** | | J | business debt | X | X | X | 5,000.00 |
| ACCOUNT NO. **1843**<br>**K. Hoving Recycling & Disposal<br>2351 Powis Road<br>West Chicago, IL  60185** | | J | business debt | X | X | X | 4,919.20 |
| ACCOUNT NO.<br>**K2 Diamond<br>23911 Garnier Street<br>Torrance, CA  90505** | | J | business debt | X | X | X | 1,480.49 |

Sheet no. **8** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                          $ **249,852.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie**     Case No. _____

Debtor(s)                      (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0008** <br><br>**Kohls** <br>**PO Box 2983** <br>**Milwaukee, WI 53201** | | J | various - credit card | | | | 700.00 |
| ACCOUNT NO. **4262** <br><br>**Laborers' Work Dues Fund** <br>**999 McClintock Dr., #300** <br>**Burr Ridge, IL 60527** | | J | business debt | X | X | X | 43,286.00 |
| ACCOUNT NO. <br><br>**Lake County Contractors** <br>**1312 Washington Street** <br>**Waukegan, IL 60085** | | J | business debt | X | X | X | 900.00 |
| ACCOUNT NO. **8630** <br><br>**Lincoln Contractors Supply** <br>**PO Box 27016** <br>**Milwaukee, WI 53227** | | J | business debt | X | X | X | 8,306.21 |
| ACCOUNT NO. <br><br>**M.A.R.S. Starters & Alt** <br>**PO Box 703** <br>**DeKalb, IL 60115** | | J | business debt | X | X | X | 1,198.50 |
| ACCOUNT NO. <br><br>**Mark O'Neill** <br>**C/O Abrams & Abrams, P.C.** <br>**180 W. Washington St., #910** <br>**Chicago, IL 60602** | | J | business debt | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>**Martin & Company Excavating** <br>**2456 E. Pleasant Grove Road** <br>**Oregon, IL 61061** | | J | business debt | X | X | X | 9,248.00 |

Sheet no. **9** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 63,638.71

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie** _____   Case No. _____
                    Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7230**<br><br>**McCann INdustries< INc.**<br>**PO Box 5609**<br>**Carol Stream, IL  60197-5609** | | J | **business debt** | X | X | X | **1,470.58** |
| ACCOUNT NO. **0229**<br><br>**McHenry County Physical Therapy**<br>**406 N. Front Street, Suite B**<br>**McHenry, IL  60050-5593** | | J | **business debt** | X | X | X | **1,050.00** |
| ACCOUNT NO.<br><br>**McHenry Heating & Air**<br>**4561 Prime Parkway**<br>**McHenry, IL  60050** | | J | **business debt** | X | X | X | **120.31** |
| ACCOUNT NO. **C363**<br><br>**Mechanical Power, Inc.**<br>**135 Kerry Lane**<br>**Wauconda, IL  60084** | | J | **business debt** | X | X | X | **180.00** |
| ACCOUNT NO. **6887**<br><br>**Mercy Health System**<br>**1000 Mineral Point Ave.**<br>**Janesville, WI  53548** | | J | **business debt** | X | X | X | **840.84** |
| ACCOUNT NO.<br><br>**Meyer Material Co.**<br>**Aggregate Industries**<br>**Dept CH 16434**<br>**Palatine, IL  60055** | X | J | **business** | | | | **75,650.00** |
| ACCOUNT NO.<br><br>**Meyer Material Co.**<br>**Aggregate Industries**<br>**Dept CH 16434**<br>**Palatine, IL  60055** | | J | **business debt** | X | X | X | **5,645.81** |

Sheet no. **10** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **84,957.54**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie**      Case No. _____

                 Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **454N** <br><br> **MHS Physician Services** <br> **1000 Minteral Point Ave.** <br> **Janesville, WI 53548-2940** | | J | **business debt** | X | X | X | **282.20** |
| ACCOUNT NO. <br><br> **Mike Redinger** <br> **1845 Deforest Lane** <br> **Hanover Park, IL 60133** | | J | **business debt** | X | X | X | **30.00** |
| ACCOUNT NO. **1815** <br><br> **Mike's Towing, Inc.** <br> **908 North Rand Road** <br> **Wauconda, IL 60084** | | J | **business debt** | X | X | X | **175.00** |
| ACCOUNT NO. **8322** <br><br> **Murfreesboro Collection Agency** <br> **1411 N. Westshore Blvd., #100** <br> **Tampa, FL 33607** | | J | **State Farm - business debt** | X | X | X | **0.00** |
| ACCOUNT NO. **0109** <br><br> **New McHenry Currency Exchange** <br> **C/O Sorman & Frankel, Ltd.** <br> **180 N. LaSalle Street, #2700** <br> **Chicago, IL 60601** | | W | **Plus interest/damages/costs & attorneys fees** | | | | **1,760.00** |
| ACCOUNT NO. **2491** <br><br> **NexTraq** <br> **PO Box 538566** <br> **Atlanta, GA 30353-8566** | | J | **business debt** | X | X | X | **8,868.00** |
| ACCOUNT NO. **0044** <br><br> **NiCor Gas** <br> **PO Box 5407** <br> **Carol Stream, IL 60197-5407** | | J | **business debt** | X | X | X | **847.58** |

Sheet no. **11** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       \$ **11,962.78**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)      \$

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie** _____  Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8255**<br><br>**O'Reilly Automotive**<br>**4455 Genesee St., #116**<br>**Buffalo, NY  60020-1750** | | J | **business debt** | X | X | X | 1,480.39 |
| ACCOUNT NO. **1948**<br><br>**Office Of Fund Counsel**<br>**111 West Jackson Blvd., Suite #14515**<br>**Chicago, IL  60604** | | J | **Re: King Cut Concrete** | X | X | X | 350,000.00 |
| ACCOUNT NO. **6274**<br><br>**Outdoor Lighting Construction Co**<br>**8628 W. Calumet Road**<br>**Milwaukee, WI  53224** | | J | **business debt** | X | X | X | 2,493.34 |
| ACCOUNT NO. **9514**<br><br>**OZinga Ready Mix Concrete**<br>**PO Box 910**<br>**Frankfort, IL  60423** | | J | **business debt** | X | X | X | 15,438.22 |
| ACCOUNT NO. **1518**<br><br>**Patricia Held**<br>**27709 West Lakeviewe Drive, North**<br>**Lake Barrington, IL  60084** | | W | **judgment entered Lake County, IL** | | | | 11,200.00 |
| ACCOUNT NO. **3711**<br><br>**Physicians Immediate Care**<br>**PO Box 544 - Dept 5390**<br>**Milwaukee, WI  53201-0544** | | J | **business debt** | X | X | X | 460.49 |
| ACCOUNT NO. **5825**<br><br>**Quality Tire Service**<br>**2420 Hiller Ridge**<br>**Johnsburg, IL  60051** | | J | **business debt** | X | X | X | 4,256.66 |

Sheet no. __**12**__ of __**17**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **385,329.10**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Beese, Mark Edward & Beese, Lisa Marie** _____ Case No. _____
                   Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4393** <br><br>**Ray Chevrolet**<br>**39 North Route 12**<br>**Fox Lake, IL  60020** | | J | business debt | X | X | X | 1,041.16 |
| ACCOUNT NO. **0173** <br><br>**Rentals & More, Inc.**<br>**325 W. Belvidere Road**<br>**Round Lake Park, IL  60073** | | J | business debt | X | X | X | 4,176.31 |
| ACCOUNT NO. **2330** <br><br>**Robinson Payne LLC**<br>**2800 West Higgins Road, #160**<br>**Hoffman Estates, IL  60169** | | J | business debt | X | X | X | 7,475.00 |
| ACCOUNT NO. <br><br>**Ross J. Peters & Assoc.**<br>**33 N. County Street, #402**<br>**Waukegan, IL  60085** | | J | business debt | X | X | X | 186.61 |
| ACCOUNT NO. **1031** <br><br>**Sam's Club**<br>**PO Box 530981**<br>**Atlanta, GA  30353-0981** | | J | business debt | X | X | X | 632.88 |
| ACCOUNT NO. <br><br>**Sheri And Rex Corley**<br>**1723 Redwood Lane**<br>**McHenry, IL  60050** | X | J | business | | | | 93,800.00 |
| ACCOUNT NO. <br><br>**Sheri Corley**<br>**1723 Redwood Lane**<br>**McHenry, IL  60051** | | J | business debt | X | X | X | 18,175.00 |

Sheet no. **13** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **125,486.96**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie**                              Case No. _____
_____                              
　　　　　　　　　　　Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sherwin Industries, Inc.**<br>**325 North Corporate Drive #100**<br>**Brookfield, WI 53045-5828** | J | | business debt | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Silverman Consulting**<br>**C/O Tishler & Wald, Ltd**<br>**200 S. Wacker Drive, Suite #3000**<br>**Chicago, IL 60606** | J | | business debt | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Silverman Consulting**<br>**5750 Old Orchard Road**<br>**Skokie, IL 60077** | J | | business debt. | X | X | X | 298,150.50 |
| ACCOUNT NO.<br>**Special Investigations & SEcurity**<br>**203 N. LaSalle, Site #2100**<br>**Chicago, IL 60601** | J | | business debt | X | X | X | 175.00 |
| ACCOUNT NO. **8322**<br>**State Farm**<br>**2500 Memorial Blvd.**<br>**Murfreesboro, TN 37131** | J | | business debt | X | X | X | 127.16 |
| ACCOUNT NO.<br>**Subsurface Radar Solutions**<br>**17750 Beaverton Road**<br>**Capron, IL 61012** | J | | business debt | X | X | X | 3,200.00 |
| ACCOUNT NO. **4341**<br>**Sunbelt Rentals**<br>**1275 West Mount Street**<br>**Columbus, OH 43223** | J | | business debt | X | X | X | 28,742.43 |

Sheet no. __**14**__ of __**17**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **330,395.09**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie**                                    Case No. _____
                    Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4873**<br>**Tech Credit**<br>**667 Seville Road**<br>**Wadsworth, OH  42281** | X | J | business tools | | | | 10,200.00 |
| ACCOUNT NO. **1016**<br>**TG Consultants**<br>**218 North Third Street**<br>**West Dundee, IL  60118** | | H | services | | | | 532.83 |
| ACCOUNT NO. **1330**<br>**Three Rivers Safety Counsel**<br>**1615 W Jefferson Street**<br>**Joliet, IL  60435** | | J | business debt | X | X | X | 199.95 |
| ACCOUNT NO. **2322**<br>**Uline**<br>**PO Box 88741**<br>**Chicago, IL  60680-1741** | | J | business debt | X | X | X | 1,052.79 |
| ACCOUNT NO. **2322**<br>**Uline**<br>**C/O A.G. Adjustments, Ltd**<br>**740 Wait Whitman Road**<br>**Melville, NY  11747-9090** | | J | business debt - notice only | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Underground Contractors Assoc.**<br>**500 Park Blvd, Suite 154C**<br>**Itasca, IL  60143** | | J | business debt | X | X | X | 3,900.00 |
| ACCOUNT NO. **9709**<br>**V-Belt Global Supply**<br>**1409 North K Avenue**<br>**Sioux Falls, SD  57104** | | J | business debt | X | X | X | 1,678.39 |

Sheet no. **15** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  17,563.96

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie**                    Case No. _____
_____
Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **VCNA Prairie, Inc.** <br> **7601 West 79th Street** <br> **Bridgeview, IL  60455** | | J | business debt | X | X | X | 15,305.79 |
| ACCOUNT NO. **0001** <br> **Verizon Wireless** <br> **PO Box 4002** <br> **Acworth, GA  30101** | | J | business debt | X | X | X | 4,348.80 |
| ACCOUNT NO. <br> **Village Of Beach Park** <br> **Waer & Sewer Dept.** <br> **11270 W. Wadsworth** <br> **Beach Park, IL  60099** | | J | business debt | X | X | X | 0.00 |
| ACCOUNT NO. **1105** <br> **Welders Supply Co.** <br> **PO Box 875** <br> **Beloit, WI  53512** | | J | business debt | X | X | X | 537.25 |
| ACCOUNT NO. **KING** <br> **West Side Tractor Sales** <br> **PO Box 4570** <br> **Chicago, IL  60680** | | J | Business debt | X | X | X | 560.93 |
| ACCOUNT NO. **914A** <br> **Westfield Insurance** <br> **PO Box 5001** <br> **Westfield Center, OH  44251-5001** | | J | business debt | X | X | X | 1,000.00 |
| ACCOUNT NO. **314B** <br> **Wex Fleet Universal** <br> **PO Box 6293** <br> **Carol Stream, IL  60197-6293** | | J | business debt. | X | X | X | 11,035.38 |

Sheet no. **16** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 32,788.15

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beese, Mark Edward & Beese, Lisa Marie** _____  Case No. _____
                                        Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9106**<br><br>**Wiedner & McAuliffe, Ltd.**<br>**Attention: Russell P. Standlee**<br>**2990 N. Perryville Rd., #4300**<br>**Rockford, IL  61107** | | J | **Re: Roger Dezort (business debt)** | X | X | X | **0.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**17**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ **1,648,020.09**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Beese, Mark Edward & Beese, Lisa Marie** _____    Case No. _____
                                              Debtor(s)                                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

IN RE **Beese, Mark Edward & Beese, Lisa Marie** _____ Case No. _____
                                    Debtor(s)                                                                              (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **King Cut concrete Cutters, Inc.** | **Sheri And Rex Corley**<br>**1723 Redwood Lane**<br>**McHenry, IL  60050**<br><br>**Tech Credit**<br>**667 Seville Road**<br>**Wadsworth, OH  42281**<br><br>**Meyer Material Co.**<br>**Aggregate Industries**<br>**Dept CH 16434**<br>**Palatine, IL  60055**<br><br>**Ink From Chase**<br>**PO Box 15123**<br>**Wilmington, DE  19850-5123** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1   **Mark Edward Beese**
           First Name        Middle Name        Last Name

Debtor 2   **Lisa Marie Beese**
(Spouse, if filing) First Name   Middle Name        Last Name

United States Bankruptcy Court for the: Northern District of Illinois, Western Division

Case number
(If known)   _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
  chapter 13 income as of the following date:
  _____
  MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income
                                                                          12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Operations Amanger** | _____ |
| Employer's name | **Tough Cut Concrete Services, Inc.** | _____ |
| Employer's address | **PO Box 1536**<br>Number   Street | Number   Street |
|  | **Frankfort, IL  60423-0000**<br>City        State   ZIP Code | City        State   ZIP Code |
| How long employed there? | **3 months** | _____ |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ **7,680.00** | $ **0.00** |
| 3. **Estimate and list monthly overtime pay.** | 3. + $ **0.00** | + $ **0.00** |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4.  $ **7,680.00** | $ **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1 **Mark Edward Beese**
First Name    Middle Name    Last Name

Case number *(if known)*_____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................................→ | 4. | $ **7,680.00** | $ **0.00** |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **844.52** | $ **0.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. **Union dues** | 5g. | $ **257.00** | $ **0.00** |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ **0.00** | + $ **0.00** |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ **1,101.52** | $ **0.00** |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **6,578.48** | $ **0.00** |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | $ **0.00** | $ **0.00** |
| Specify: _____ | 8f. | | |
| 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ **0.00** | + $ **0.00** |

| | | | |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ **0.00** | $ **0.00** |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **6,578.48** + $ **0.00** = $ **6,578.48** |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives**.**

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____      11. + $ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12. $ **6,578.48**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ☑ No.
   ☐ Yes. Explain: | **None** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1   __Mark Edward Beese__
          First Name      Middle Name      Last Name

Debtor 2   __Lisa Marie Beese__
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of Illinois, Western Division

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

**1. Is this a joint case?**

☐ No. Go to line 2.
☑ Yes. **Does Debtor 2 live in a separate household?**

  ☑ No
  ☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Mother | 77 | ☐ No ☑ Yes |
| Daughter | 20 | ☐ No ☑ Yes |
| Son | 19 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☐ No
☑ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $   8,723.83 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $   0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $   0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $   300.00 |
| 4d | Homeowner's association or condominium dues | 4d. | $   0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1  **Mark Edward Beese** _____  Case number *(if known)* _____
First Name      Middle Name      Last Name

|  | | | | Your expenses |
|---|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans — 5. $ **621.00**

6. **Utilities:**

   6a. Electricity, heat, natural gas — 6a. $ **250.00**

   6b. Water, sewer, garbage collection — 6b. $ **37.00**

   6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **316.00**

   6d. Other. Specify: — 6d. $ **0.00**

7. **Food and housekeeping supplies** — 7. $ **700.00**

8. **Childcare and children's education costs** — 8. $ **0.00**

9. **Clothing, laundry, and dry cleaning** — 9. $ **85.00**

10. **Personal care products and services** — 10. $ **25.00**

11. **Medical and dental expenses** — 11. $ **75.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. — 12. $ **250.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **200.00**

14. **Charitable contributions and religious donations** — 14. $ **0.00**

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance — 15a. $ **0.00**

   15b. Health insurance — 15b. $ **0.00**

   15c. Vehicle insurance — 15c. $ **265.00**

   15d. Other insurance. Specify: — 15d. $ **0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: — 16. $ **0.00**

17. **Installment or lease payments:**

   17a. Car payments for Vehicle 1 — 17a. $ **0.00**

   17b. Car payments for Vehicle 2 — 17b. $ **0.00**

   17c. Other. Specify: — 17c. $ **0.00**

   17d. Other. Specify: — 17d. $ **0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** — 18. $ **0.00**

19. **Other payments you make to support others who do not live with you.**
Specify: — 19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a. Mortgages on other property — 20a. $ **0.00**

   20b. Real estate taxes — 20b. $ **0.00**

   20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**

   20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**

   20e. Homeowner's association or condominium dues — 20e. $ **0.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Mark Edward Beese** _____    Case number (if known)_____
           First Name    Middle Name    Last Name

21.  **Other**. Specify: _____    21.  +$_____0.00_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                            22.  $_____11,847.83_____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (_your combined monthly income_) from _Schedule I_.    23a.  $_____6,578.48_____

     23b.  Copy your monthly expenses from line 22 above.                      23b.  −$_____11,847.83_____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your _monthly net income._                           23c.  $_____-5,269.35_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.    **None**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE <u>Beese, Mark Edward & Beese, Lisa Marie</u>                                    Case No. _____
                               Debtor(s)                                                                      (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____<u>37</u> sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August  5, 2015**       Signature: ***/s/ Mark Edward Beese***
                               **Mark Edward Beese**                            Debtor

Date: **August  5, 2015**       Signature: ***/s/ Lisa Marie Beese***
                               **Lisa Marie Beese**                      (Joint Debtor, if any)
                                                             [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____                    _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                       _____
                                       (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B7 (Official Form 7) (04/13)**

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

IN RE:                                                                    Case No. _____

**Beese, Mark Edward & Beese, Lisa Marie**                Chapter **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

## 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 0.00 | **Husband: 2015 to date $38,522.40** |
| | **Wife: 2015 to date $19,444.90** |
| | **Husband: 2014 - $17,546.00** |
| | **Wife: 2014 - $75,834.00** |

---

## 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors
### *Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Verizon Wireless** | 6/22/15 ($315.78); 5/6/15 ($449.23); 4/6/15 ($411.60) | 1,176.61 | 0.00 |
| **Mortgage Service Center**<br>PO Box 5452<br>Mt. Laurel, NJ  08054-5452 | 4/2/15 | 2,029.23 | 0.00 |

None ☑ *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.\* If the debtor is an individual, indicate with an asterisk (\*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Patricia J. Held v. Mark & Lisa Beese #13 AR 1518** | **Monies owed** | **19th Judicial Circuit - Lake County, IL** | **Judgment** |
| **Laborrs' Pension v. King Cut Concrete Cutters and LIsa Beese - #15 C 1948** | **Monies owed** | **District Court - Northern District of Illinois** | **pending** |
| **PHH Mortgage Corp v. Beese, et al. #15 CH 632** | **Foreclosure Action** | **22nd Judicial Circuit - McHenry County** | **Pending (filed 6/19/15)** |
| **New McHenry Currency Exchange v. Lisa Beese #15 M1 110109** | **Monies owed** | **Cook County - First Municipal District** | **pending (6/8/15)** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Patricia Held**<br>**C/O Attorneys Abrams & Abrams, P.C.**<br>**180 W. Washington St., #910**<br>**Chicago, IL  60602** | | **WAGES** |

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **PHH Mortgage Corp**<br>**C/O Codilis & Associates, P.C.**<br>**15W030 N. Frontage Road #100**<br>**Burr Ridge, IL  60527** | **6/19/2015** | **1603 Reiche Lane - McHenry, IL** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Joseph D. Olsen<br>1318 East State Street<br>Rockford, IL  61104-0000 | | 1,800.00 |
| Greenpath | | 25.00 |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Abrams & Abrams, PC | 5/22/14 & 9/4/14 | $2,500.00 each time |
| Michael R. Young<br>731 Main Street<br>Racine, WI  53403 | 7/29/14 | $150.00 - traffic court |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **First National Bank Of McHenry**<br>**3814 W. Elm Street**<br>**McHenry, IL  60050-0000** | | **Misc. papers** | |

---

**13. Setoffs**

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Ryan Beese** | **joint ckg with son (acct #473962814)** | |
| **Carol Beese** | **joint checking w/mother-in-law (#814109641)** | |
| **Nicole Beese** | **joint checking w/daugther (#957060940) & svgs (#3035538759)** | |

---

**15. Prior address of debtor**

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☑    a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑    d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

**20. Inventories**

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **August  5, 2015**          Signature  */s/ Mark Edward Beese*
                                     of Debtor                                          **Mark Edward Beese**

Date: **August  5, 2015**          Signature  */s/ Lisa Marie Beese*
                                     of Joint Debtor                                    **Lisa Marie Beese**
                                     (if any)

                              **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## United States Bankruptcy Court
### Northern District of Illinois, Western Division

**IN RE:**                                                                    Case No. _____

Beese, Mark Edward & Beese, Lisa Marie                                       Chapter **7** _____
_____
<span style="padding-left:8em">Debtor(s)</span>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**1603 W. Reiche Lane, McHenry, IL (rental property - currently va** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**First Midwest Bank** | **Describe Property Securing Debt:**<br>**1804 Hillside Lane - McHenry, IL (residence)** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**August  5, 2015**_____          ***/s/ Mark Edward Beese***_____
<span style="padding-left:20em">Signature of Debtor</span>

<span style="padding-left:20em">***/s/ Lisa Marie Beese***_____</span>
<span style="padding-left:20em">Signature of Joint Debtor</span>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Mortgage Service Center** | **Describe Property Securing Debt:**<br>**1603 W. Reiche Lane, McHenry, IL (rental property - currently va** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Seterus** | **Describe Property Securing Debt:**<br>**1804 Hillside Lane - McHenry, IL (residence)** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___1___ of ___1___

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois, Western Division**

**IN RE:**                                                                    Case No. _____

**Beese, Mark Edward & Beese, Lisa Marie** _____   Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,800.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**1,800.00**

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is:  ☑ Debtor   ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          _____
        **August  5, 2015**                         **/s/ Joseph D. Olsen**
              Date

                                         Joseph D. Olsen 28439
                                         Yalden, Olsen & Willette
                                         1318 E. State St.
                                         Rockford, IL  61104-2228

                                         JOlsenlaw@comcast.net

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FB 201A (Form 201A) (06/14)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

Form B 201A, Notice to Consumer Debtor(s)

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois, Western Division**

**IN RE:**                                                              Case No. _____

Beese, Mark Edward & Beese, Lisa Marie                  Chapter **7** _____
_____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **128**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **August  5, 2015** _____    */s/ Mark Edward Beese* _____
                                                     Debtor


                                                     */s/ Lisa Marie Beese* _____
                                                     Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Beese, Mark Edward
1804 Hillside Lane
McHenry, IL  60051

Berggren Door
2411 Hiller Ridge Rd., Suite G
McHenry, IL  60051

Chase
PO Box 9001020
Louisville, KY  40290-1020

Beese, Lisa Marie
1804 Hillside Lane
McHenry, IL  60051

BHFX Digital Imaging
80 West Seegers Rd.
Arlington Heights, IL  60005

Chuhak & Tecson, PC
30 S. Wacker Drive - 26th Floor
Chicago, IL  60606-7413

Yalden, Olsen & Willette
1318 E. State St.
Rockford, IL  61104-2228

Billy L Diltz
611 Country Dlub Drive
McHenry, IL  60050

City Of Chicago
Department Of Finance
PO Box 88292
Chicago, IL  60680-1292

1st Rental & Sales, Inc.
7190 Mid Mall Drive
Rockford, IL  61112

Blue Book
PO Box 500
Jefferson Valley, NY  10535

Comcast
PO Box 3001
Southeastern, PA  19398

Ace Towing ^ Recovery
5407 Fieldstone Way
Johnsburg, IL  60051

BP Business Solutions
PO Box 923928
Norcross, GA  30010

ComEd
PO Box 6111
Carol Stream, IL  60197-6111

AIG
121 Spear Street, 6th Floor
San Francisco, CA  94105

C&S Fabrication Services
3408 Fawn Lane
Wonder Lake, IL  60097

Concrete Data Co.
PO Box 981097
Boston, MA  02298-1097

American Demolition
305 Ramona Avenue
Elgin, IL  60120-8029

Cement Masons' Union Local 502
PO Box 71650
Chicago, IL  60694-1650

Concrete Solutions & Supply
27615 Wilmot Road - Highway C
Trevor, WI  53179

Ameritemp. Ltd
3314 N. Richmond Rd., #100
Johnsburg, IL  60051

Centegra Physicians Care
PO Box 187
Bedford Park, IL  60499

Corley, Rex & Sheri
1723 Redwood Lane
McHenry, IL  60051

Aossciated Industrial Distributorss
1145 South Route 31, Unit "I" 250
Crystal Lake, IL  60014

Central Point Solutions
13134 S. 5800 W
Herriman, UT  84096

Costabile & Steffens, PC
1805 Hicks Road
Rolling Meadows, IL  60008

Atlas Bobcat, LLC
27282 Network Place
Chicago, IL  60673-1272

Central Rubber Co.
844 East Jackson Street
Belvidere, IL  61008

Creditors Resource Service
1807 W. Diehl Road
Naperville, IL  60566-7107

Crusader Manufacturing, Inc.
517 First Street
Farmington, MN  55024

Discover
PO Box 6103
Carol Stream, IL  60197

Fuchs & Roselli, Ltd
440 W. Randolph, #500
Chicago, IL  60606


CTL Group
5400 Old Orchard Road
Skokie, IL  60077

Diteq Corporation
9876 Pflumm Road
Lenexa, KS  66215

Gonzalez Lanscaping Maintenance
3213 Bull Valley Road
McHenry, IL  60050


Curb Cutters, Inc.
463 DuPahze Street
Naperville, IL  60565

Double S Janitorial Service
PO Box 444
McHenry, IL  60051-9007

Gordon Flesch Co.
401 N. Kirk Road
Geneva, IL  60134


DeWitt Ross & Stevens, S.C.
Two East Mifflin St., #600
Madison, WI  53703-2865

Emil Marunde
W9188 Sawmill Road
Blanchardville, WI  53516

Graefe & Hansen, Ltd
55 W. Monroe St., #3550
Chicago, IL  60603


Diamond Blade Solutions
5255 N. Federasl Highway, 3rd Floor
Boca Raton, FL  33487

Expert Equipment Co.
7204 Wynnpark Drive
Houston, TX  77008

Grainger
Dept. 864789649
Palatine, IL  60038-0001


Diamond Blade Solutions
S84W18756 Enterprise Drive
Muskego, WI  53150

Fastenal Co.
PO Box 1286
Winona, MN  55987-1286

Great Lakes Fire & Safety Equipment Co.
3331 W. Elm Street
McHenry, IL  60051


Diamond Chain International
PO Box 5699
Vernon Hills, IL  60061

First Insurance Funding
PO Box 66468
Chicago, IL  60666-0468

Harris & Harris
111 West Jackson Blvd., #400
Chicago, IL  60604


Diamond Discs International
8530 W. National Avenue
West Allis, WI  53227

First Midwest Bank
300 Park Blvd, Suite #400
Itasca, IL  60143

Hinckley Springs
PO Box 660579
Dallas, TX  75266-0579


Diamond Products, Ltd
PO Box 7445
`
Cleveland, OH  41194-4454

First Security Cu
C/O Creditors Resource Service
1807 West Diehl Road
Naperville, IL  60566-7107

Husqvama
C/O C2C Reso Collection Agency
56 Perimeter Center East, #100
Atlanta, GA  30346


Diamond Tools Technology
C?O Bleecker, Brodey & Andrews
9247 N. Meridian St., #101
Indianapolis, IN  46260

Frontier Communications
1398 S. Woodland Blvd, Suite B
Deland, FL  32720

Husqvama Construction Products
17400 West 119th Street
Olathe, KS  66061

Illinois Department Of Revenue
101 West Jefferson Street
Springfield, IL 62702

Laborers Pension & Welfare
C/O Office Of Fund Counsel
111 West Jackson Blvd., #1415
Chicago, IL 60604

Mechanical Power, Inc.
135 Kerry Lane
Wauconda, IL 60084

Indiana Department Of Revenue
100 North Senate Avenue
Indianapolis, IN 46204

Laborers' Work Dues Fund
999 McClintock Dr., #300
Burr Ridge, IL 60527

Mercy Health System
1000 Mineral Point Ave.
Janesville, WI 53548

Ink From Chase
PO Box 15123
Wilmington, DE 19850-5123

Lake County Contractors
1312 Washington Street
Waukegan, IL 60085

Meyer Material Co.
Aggregate Industries
Dept CH 16434
Palatine, IL 60055

Internal Revenue Service
Centralized Insolvency
PO Box 804527
Cincinnati, OH 45280-4527

Lincoln Contractors Supply
PO Box 27016
Milwaukee, WI 53227

MHS Physician Services
1000 Minteral Point Ave.
Janesville, WI 53548-2940

Internal Revenue Service
Appeals Office
200 West Adams Street, #600
Chicago, IL 60606

M.A.R.S. Starters & Alt
PO Box 703
DeKalb, IL 60115

Mike Redinger
1845 Deforest Lane
Hanover Park, IL 60133

Jennifer Gibson
Zukowski, Flood, Rogers & McArdle
50 Virginia Street
Crystal Lake, IL 60014

Mark O'Neill
C/O Abrams & Abrams, P.C.
180 W. Washington St., #910
Chicago, IL 60602

Mike's Towing, Inc.
908 North Rand Road
Wauconda, IL 60084

John Duff
3400n North Richmond Road
Johnsburg, IL 60051

Martin & Company Excavating
2456 E. Pleasant Grove Road
Oregon, IL 61061

Mortgage Service Center
PO Box 5452
Mt. Laurel, NJ 08054-5452

K. Hoving Recycling & Disposal
2351 Powis Road
West Chicago, IL 60185

McCann INdustries< INc.
PO Box 5609
Carol Stream, IL 60197-5609

Murfreesboro Collection Agency
1411 N. Westshore Blvd., #100
Tampa, FL 33607

K2 Diamond
23911 Garnier Street
Torrance, CA 90505

McHenry County Physical Therapy
406 N. Front Street, Suite B
McHenry, IL 60050-5593

New McHenry Currency Exchange
C/O Sorman & Frankel, Ltd.
180 N. LaSalle Street, #2700
Chicago, IL 60601

Kohls
PO Box 2983
Milwaukee, WI 53201

McHenry Heating & Air
4561 Prime Parkway
McHenry, IL 60050

NexTraq
PO Box 538566
Atlanta, GA 30353-8566

NiCor Gas
PO Box 5407
Carol Stream, IL 60197-5407

Rentals & More, Inc.
325 W. Belvidere Road
Round Lake Park, IL 60073

Silverman Consulting
5750 Old Orchard Road
Skokie, IL 60077

O'Reilly Automotive
4455 Genesee St., #116
Buffalo, NY 60020-1750

Robinson Payne LLC
2800 West Higgins Road, #160
Hoffman Estates, IL 60169

Special Investigations & SEcurity
203 N. LaSalle, Site #2100
Chicago, IL 60601

Office Of Fund Counsel
111 West Jackson Blvd., Suite #14515
Chicago, IL 60604

Ross J. Peters & Assoc.
33 N. County Street, #402
Waukegan, IL 60085

State Farm
2500 Memorial Blvd.
Murfreesboro, TN 37131

Outdoor Lighting Construction Co
8628 W. Calumet Road
Milwaukee, WI 53224

Sam's Club
PO Box 530981
Atlanta, GA 30353-0981

Subsurface Radar Solutions
17750 Beaverton Road
Capron, IL 61012

OZinga Ready Mix Concrete
PO Box 910
Frankfort, IL 60423

Secretary Of State
State Of Illinois
Springfield, IL 62756

Sunbelt Rentals
1275 West Mount Street
Columbus, OH 43223

Patricia Held
27709 West Lakeviewe Drive, North
Lake Barrington, IL 60084

Seterus
PO Box 2008
Grand Rapids, MI 49501-2008

Tech Credit
667 Seville Road
Wadsworth, OH 42281

PHH Mortgage Corp
C/O Codilis & Associates, P.C.
15W030 N. Frontage Road #100
Burr Ridge, IL 60527

Sheri And Rex Corley
1723 Redwood Lane
McHenry, IL 60050

TG Consultants
218 North Third Street
West Dundee, IL 60118

Physicians Immediate Care
PO Box 544 - Dept 5390
Milwaukee, WI 53201-0544

Sheri Corley
1723 Redwood Lane
McHenry, IL 60051

Three Rivers Safety Counsel
1615 W Jefferson Street
Joliet, IL 60435

Quality Tire Service
2420 Hiller Ridge
Johnsburg, IL 60051

Sherwin Industries, Inc.
325 North Corporate Drive #100
Brookfield, WI 53045-5828

Uline
PO Box 88741
Chicago, IL 60680-1741

Ray Chevrolet
39 North Route 12
Fox Lake, IL 60020

Silverman Consulting
C/O Tishler & Wald, Ltd
200 S. Wacker Drive, Suite #3000
Chicago, IL 60606

Uline
C/O A.G. Adjustments, Ltd
740 Wait Whitman Road
Melville, NY 11747-9090

**Underground Contractors Assoc.**
**500 Park Blvd, Suite 154C**
**Itasca, IL  60143**

**Wisconsin Department Of Revenue**
**2135 Rimrock Road**
**Madison, WI  53713**

**V-Belt Global Supply**
**1409 North K Avenue**
**Sioux Falls, SD  57104**

**VCNA Prairie, Inc.**
**7601 West 79th Street**
**Bridgeview, IL  60455**

**Verizon Wireless**
**PO Box 4002**
**Acworth, GA  30101**

**Village Of Beach Park**
**Waer & Sewer Dept.**
**11270 W. Wadsworth**
**Beach Park, IL  60099**

**Welders Supply Co.**
**PO Box 875**
**Beloit, WI  53512**

**West Side Tractor Sales**
**PO Box 4570**
**Chicago, IL  60680**

**Westfield Insurance**
**PO Box 5001**
**Westfield Center, OH  44251-5001**

**Wex Fleet Universal**
**PO Box 6293**
**Carol Stream, IL  60197-6293**

**Wiedner & McAuliffe, Ltd.**
**Attention: Russell P. Standlee**
**2990 N. Perryville Rd., #4300**
**Rockford, IL  61107**